**Order entered September 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01086-CV

### KEVIN BODE, ET AL., Appellants

### V.

### FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellee

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-00825-2014**

## ORDER

Before the Court is the September 8, 2014 motion of Stacey Kemp, Collin County Clerk, for an extension of time to file the clerk's record because she has not received the fee for the record. In a letter dated September 10, 2014, this Court instructed appellants to file, within ten days, either proof of payment for the record or written documentation that they have been found entitled to proceed without advance payment of costs. Accordingly, we **GRANT** the motion to the extent that the clerk's record shall be filed within five days of when payment is received.

        /s/    ADA BROWN
                JUSTICE